IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEVIN C. COX                          :

v.                                    : CIVIL ACTION NO. L-00-904

JM PRODUCTS                           :

## ORDER

On April 3, 2000 this Court ordered plaintiff to respond to several jurisdiction and service of process matters, in order to get the above-captioned *pro se* employment discrimination case underway. Plaintiff has failed to respond by the April 17, 2000 deadline imposed in that Order. (*See* Order, Paper No. 3).

Accordingly, **IT IS** this 20TH day of APRIL, 2000 by this Court hereby **ORDERED**:

1. That the above-captioned case **IS DISMISSED WITHOUT PREJUDICE** due to plaintiff's failure to comply with the April 3, 2000 Order;

2. That the Clerk of Court **CLOSE** this case; and

3. That the Clerk of Court **MAIL** a copy of this Order to plaintiff.

                                        Benson Everett Legg
                                        United States District Judge