**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KEVIN C. COX

        Plaintiff(s)

vs.

J.M. PRODUCTS

        Defendant(s)

*
*
* **FEE PAID** Civil Action No. L-00-904
*
* **FE NOT PAID**
* (SEND LETTER)
*
*
*

*************************************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, _____ Joel I. Sher _____

a member of the Bar of this court, moves the admission of _ ARKIE BYRD _____ Esquire to

appear pro hac vice in the captioned proceeding as counsel for _ J.M. Products _

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 1 4 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

_____ DEPUTY

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _ Arkansas ____

_____

_____

and/or the following United States Court(s): _ United States District Court, Eastern District of _

_ Arkansas _____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: _ Not applicable. _____

_____

_____

_____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

Revised 6/98

ORIGINAL

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or

_____ Joel I. Sher _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:                                         PROPOSED ADMITTEE:

Signature JOEL I. SHER; SHAPIRO & OLANDER       Signature ARKIE BYRD; MAYS, BYRD & HICKS, P.A.

36 South Charles St., 20th Floor                415 Main Street
Address                                         Address

Baltimore, MD  21201-3147                       Little Rock, AR  72201

410-385-0202                                    501-372-6303
Office phone number                             Office phone number

410-385-1216                                    501-399-9280
Fax number                                      Fax number

06719
Md. U. S. District Court Number

### ORDER

Motion _____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____6/14/00_____                               _____
Dated                                           Judge, U. S. District Court