UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 22, 2001

Mr. Kevin C. Cox
4104 Gladden Avenue
Baltimore, MD  21213

RE: Kevin C. Cox v. JM Products
    Civil No. L-00-904

Dear Mr. Cox:

    The defendant, JM Products, filed a Motion to Quash Subpoena on October 30, 2000 and a Motion for Summary Judgment on November 1, 2000. The Office of the Clerk sent to you a letter explaining that your responses to these motions were due 17 days from the date of its November 1, 2000 letter.

    To date, no such responses have been filed by your. Accordingly, if you intend to file responses to these motions, such responses are due by February 5, 2001. If the Court does not receive them by that time, the Court will grant the Motion for Summary Judgment and dismiss the case with prejudice.

    Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to document it accordingly.

Very truly yours,

Benson Everett Legg

c: Counsel of Record
   Court file

