IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
                    FILED ___ ENTERED
                    LODGED ___ RECEIVED
                    FEB 2 1 2001
                    CLERK U.S. DISTRICT COURT
                    DISTRICT OF MARYLAND
                                    DEPUTY
```

KEVIN C. COX           :
                       :
         v.            :     CIVIL NO. L-00-904
                       :
JM PRODUCTS            :
                       :

ORDER

For the reasons stated in the Court's Memorandum of even date, the Court hereby ORDERS that the above entitled case be DISMISSED WITH PREJUDICE.

The Clerk is directed to CLOSE this case.

IT IS SO ORDERED this 21st day of February, 2001.

_____
Benson Everett Legg
United States District Judge